82 So.2d 347

**Alcie Dee SARTAIN et al.**

**v.**

**STATE.**

**6 Div. 921.**

Supreme Court of Alabama.

Aug. 18, 1955.

Rehearing Denied Sept. 22, 1955.

E. M. Ford, Jr., Tuscaloosa, for petitioner.

John Patterson, Atty. Gen., opposed.

STAKELY, Justice.

Petition of Alcie Dee Sartain and Joseph Bernard Lynn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Sartain v. State, 82 So.2d 347.

The Court of Appeals rendered no opinion in this case. Accordingly there is nothing for this Court to review, Smith v. State, 241 Ala. 99, 1 So.2d 313.

Writ denied.

LAWSON, SIMPSON, GOODWYN and MERRILL, JJ., concur.